

Elizabeth Duel
*Attorney at Law*

Ryan Garry
*Criminal Law Specialist*
*Certified by the Minnesota State Bar Association*

Shelly Larson
*Legal Assistant*

August 12, 2025

**VIA E-FILING ONLY**

The Honorable Shannon G. Elkins
Magistrate Judge, District of Minnesota
United States District Court
316 N. Robert Street
St. Paul, MN 55101

    RE:    *United States of America v. Joseph Robinson*
              Court File No.: 24-cr-329 (JWB/SGE)

Dear Your Honor:

The defense will not be filing pretrial motions in this matter, and there is no need for a motions hearing. We will reach out to chambers to schedule a Change of Plea Hearing soon.

Thank you.

                                      Respectfully,

                                      **RYAN GARRY, ATTORNEY, LLC**

                                      s/ *Ryan Garry*

                                      Ryan Garry

RPG/erd
cc: Rebecca Kline, Assistant U.S. Attorney

333 South 7th Street, Suite 3020 • Minneapolis, MN 55402
**Office:** 612-436-3051 • **Fax:** 612-436-3052 • **Web:** ryangarry.com

ryan@ryangarry.com • elizabeth@ryangarry.com • shelly@ryangarry.com