UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 24-329 (JWB/SGE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH ROBINSON,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)　**DEFENDANT'S FOURTH MOTION**<br>)　**TO EXCLUDE TIME UNDER**<br>)　**THE SPEEDY TRIAL ACT**<br>)<br>)<br>)<br>) |

Defendant Joseph Robinson, by and through his attorney, respectfully moves the Court to exclude the period of time through the October 9, 2025 Change of Plea Hearing from the Speedy Trial Act (18 U.S.C. § 3161(h)(7)(A)) computations in this case. The grounds for this motion are set forth in the accompanying signed Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**RYAN GARRY, ATTORNEY, LLC**

Dated:　September 12, 2025　　　　s/ Ryan Garry
　　　　　　　　　　　　　　　　　　Ryan P. Garry (Attorney No. 0336129)
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　333 South Seventh Street, Suite 3020
　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　Phone: (612) 436-3051
　　　　　　　　　　　　　　　　　　ryan@ryangarry.com