Docusign Envelope ID: 1209D577-E9D2-4845-AB39-86246A7F841D

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 24-329 (JWB/SGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSEPH ROBINSON, )<br>)<br>Defendant. ) | **STATEMENT OF FACTS IN SUPPORT OF EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, the defendant in this case, agree to the following statement of facts in support of the defense Motion to Exclude Time Under the Speedy Trial Act:

My case is now scheduled for a Change of Plea Hearing on October 9, 2025. I request that the period from now until that date be excluded from the time in which I would otherwise have to be brought to a trial on this case. I have discussed this matter with my lawyer and voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act. I am e-signing this document.

Dated: 9/12/2025

Joseph Robinson

Dated: 8/28/2025

Ryan Garry
Attorney for Defendant