UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-329 (JWB/SGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, | **GOVERNMENT'S MOTION FOR AN EVIDENTIARY SENTENCING HEARING** |
| Plaintiff, | |
| v. | |
| JOSEPH ROBINSON, | |
| Defendant. | |

Pursuant to Local Rule 83.10(f), the United States of America respectfully moves for an evidentiary hearing at the time of sentencing in this matter to resolve a disputed issue relating to the applicability of two Guidelines sentencing enhancements, as noted in the Government's sentencing memorandum. *See* ECF No. 56 at pp. 9-10. This matter is currently set for a sentencing hearing on May 19, 2026 at 10:00 am.

The United States maintains that a preponderance of the evidence shows that the defendant knew or should have known that the victim of the offense was a vulnerable victim on account of his diagnosis of major neurocognitive disorder. U.S.S.G. §3A1.1(b)(1). The PSR found that the two-level enhancement applies. PSR ¶ 22. The United States also maintains that a preponderance of the evidence shows that the defendant abused a position of private trust by utilizing his power of attorney for the victim commit the

offense.   U.S.S.G.   §   3B1.3.   The PSR also found that this two-level enhancement applies. PSR ¶ 24.

In support of its motion and argument, the United States intends to call IRS-CI SA Shauna Turner to offer testimony regarding her investigation into the defendant's relationship with the victim, the victim's medical diagnoses and treatment, the defendant's power of attorney for the victim, and the defendant's financial transactions involving the victim's retirement funds.  The government will also seek to introduce documents evidencing the applicability of the enhancements through SA Turner's testimony.

Accordingly, the government moves the Court to hold an evidentiary hearing at sentencing on the above-referenced issues.

Dated:  May 14, 2026                    Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Rebecca E. Kline*
REBECCA E. KLINE
Assistant United States Attorney