UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-329 (JWB/SGE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH ROBINSON,<br><br>Defendant. | **GOVERNMENT'S NOTICE OF INTENT TO CALL WITNESS AT SENTENCING HEARING** |

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Rebecca E. Kline, Assistant United States Attorney, hereby notices its intent to call the following witness at the May 19, 2026 sentencing hearing in this matter:

1. <u>IRS – Criminal Investigations Special Agent Shauna Turner</u>, regarding the applicability of two sentencing enhancements: (a) whether the defendant knew or should have known that the victim was a vulnerable victim under U.S.S.G. §3A1.1(b)(1); and (b) whether the defendant abused a position of private trust under U.S.S.G. §3B1.3.

The government expects SA Turner's testimony to take no more than 30 minutes, including cross-examination and redirect.

Dated:  May 14, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Rebecca E. Kline*
REBECCA E. KLINE
Assistant United States Attorney