RECEIVED
AUG 21 2026
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

To whom this may concern i truly Appreciate the courts giving me Additional time i have Been using The time to get things in order And trying to get some help with Care for my mother and daughter is Been very hard to get Any help At The same time getting funds together to pay my mortgage And All my other Bills on top of dealing with 3 deaths in my family in the Last 3 weeks I had Another close family member pass yestrday morning i spoke with so many people to get help with the care of my mom and daughter But my Brothers Are not doing good with They health Because of Kidney failure And other health issues its very difficult to Leave my mom and child to pay for my mortgage when They not ABle to take care of Themselves Right now Because i supported Them I tried everything to get some help with them my mom cancer Appointment got changed do to the doctor And now its next month I will give any info that support my Letter to the court Because I was told that i would get proBation

SCANNED
AUG 21 2026
U.S. DISTRICT COURT ST. PAUL

24-CR-329

from Ryan garrity and thats a Really
Big part of why my things isnt in place
Because i was told probation was my
option so At that point once i was told
That i didnt know i would have to make
All these different changes with my
mom my child my home i own i
wasnt told By my Lawyer to get things
in place And i know its taking some
time But when you dont have the
support that makes it truly hard to
function and prepare yourself to get
help when theres no help im doing
Everything By myself i truly wish i can
depend on people to give me some help
But my family is dealing death and
hard times themselves i have Reached out
To the county for support i reached out
different hoplines for finaical and
care help they most of them is out
very far Because of them helping other
Familief i got a modification on
my home to see if that would work
But my daughter cant pay it Because
she cant work due to her health as
well as my mother Please help me
im doing everthing i can possible do
To get things in order And its very
Hard Right now with All that has
Took place Thanks