**U.S. Department of Justice**

United States Attorney
District of Minnesota

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*

*Telephone: (612) 664-5600*
*Fax: (612) 664-5787*

October 16, 2026

The Honorable Jerry W. Blackwell
United States District Judge
U.S. Courthouse
316 North Robert Street
St. Paul, Minnesota 55101

Re: *United States v. Joseph Robinson*, 24-cr-329 (JWB)

Dear Judge Blackwell:

Pursuant to the Court's October 15, 2026 order, the government writes regarding Defendant Joseph Robinson's pro se letter to the Court. Mr. Robinson has requested that the Court amend his Presentence Investigation Report to reflect his challenges with alcohol abuse. He seeks to do so in order to allow him to access residential drug and alcohol abuse treatment while in the Bureau of Prisons.

The government has no objection to modifying Mr. Robinson's PSR in order to allow him to access alcohol abuse treatment while in custody. The government defers to the Court and Probation as to the appropriate mechanism for making this modification.

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*<u>/s/ Rebecca E. Kline</u>*
REBECCA E. KLINE
Assistant U.S. Attorney